IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE D. BYERS,                                          O R D E R
                                                Civ. No. 10-394-AA
            Plaintiff,

        vs.

FIRST TRANSIT, INC., a foreign
corporation,

            Defendants.

AIKEN, Chief Judge:

        Defendant filed a motion to dismiss on April 19, 2010 alleging lack of subject matter jurisdiction.  Plaintiff, represented by counsel, requested additional time to respond to the motion.  The court granted plaintiff's motion and plaintiff's opposition was due May 10, 2010.  To date, nearly two months later, plaintiff has failed to file any opposition or response to defendant's motion.  The court will therefore consider

1 - ORDER

1   defendant's motion unopposed.

2       Pursuant to Fed. R. Civ. P. 12(b)(1), defendant's motion is

3   granted.  Plaintiff brings a single wrongful discharge claim

4   based upon the allegation that she was terminated due to her

5   involvement in "union organizational activities."  Complaint,

6   para. 5.  Plaintiff's wrongful discharge claim is preempted by

7   the National Labor Relations Act, 28 U.S.C. ¶¶ 157,158.  See

8   also, Brands v. First Transit, Inc., 278 Fed. Appx. 722, 724 (9th

9   Cir. 2008).

10       Defendant's motion to dismiss (doc. 5) is granted and

11   defendant's request for attorney fees is denied.

12   IT IS SO ORDERED.

13       Dated this  6   day of July 2010.

14

15

16

17                          /s/ Ann Aiken
                              Ann Aiken
18                   United States District Judge

19

20

21

22

23

24

25

26

27

28

2 - ORDER